Pete V. Domenici U.S. Courthouse
333 Lomas Blvd. NW, Suite 360
Albuquerque, NM 87102
505−415−7999/866−291−6805
www.nmb.uscourts.gov

Case No.:  23−10155−j7
Chapter:  7
Judge:  Robert H. Jacobvitz
Judge/341 Location:  JF

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Lawrence Gerhard Culpepper
  fdba Lawrence Culpepper, LLC
2400 Pheasant Street
Farmington, NM 87401
SSN/ITIN(if any):  xxx−xx−6626

Valrie Sue Culpepper
2400 Pheasant Street
Farmington, NM 87401
SSN/ITIN(if any):  xxx−xx−3839

## FINAL DECREE

The estate of the debtor(s) having been fully administered,

IT IS ORDERED that Edward Alexander Mazel is discharged as trustee of the estate, the bond is cancelled, and this chapter 7 case is closed.

Robert H. Jacobvitz
United States Bankruptcy Judge

nm_finaldecree.jsp